UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:16-bk-02047-CCJ

In re:

ZORNA SIMONE CORBIN,

    Debtor(s).
_____/

### TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO FILE A FEASIBLE CHAPTER 13 PLAN, AND FOR FILING INCOMPLETE SCHEDULES

A preliminary hearing in this case will be held on **July 19, 2016 at 2:00 PM** in Courtroom 6D, United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington Street, 6th Floor, Orlando, FL 32801, and act upon the following matter and transact such other business that may come before the court:

**Motion to Dismiss for Failure to File a Feasible Chapter 13 Plan, and for Filing Incomplete Schedules**

1. The hearing may be continued upon announcement made in open Court without further notice

2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files her Motion to Dismiss for Failure to File a Feasible Chapter 13 Plan and for Filing Incomplete Schedules, and as grounds states as follows:

1. This case was filed on March 29, 2016.

2. The Debtor filed her schedules and Chapter 13 plan on April 25, 2016.

3. The Chapter 13 Plan as well as schedules A, C, D, E, & F, Statement of Financial Affairs and Statement of Current Monthly Income are blank, and Schedule B does not list values for any of the personal property listed.

WHEREFORE, the Trustee moves this Court for an order dismissing this case for the reasons stated herein, and for such other relief as is just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notification and/or by United States mail, postage pre-paid, to on April 29, 2016 to:

Zorna Simone Corbin
8121 Meadowglen Drive
Orlando, FL 32810

        LAURIE K. WEATHERFORD
        Chapter 13 Standing Trustee

        BY: /s/ Laurie K. Weatherford
        Laurie K. Weatherford, Trustee
        Stuart Ferderer, Esq.
        Fla. Bar No. 0746967
        Wayne Spivak, Esq.
        Fla. Bar No. 0038191
        Post Office Box 3450
        Winter Park, Florida 32790-3450
        Telephone: (407) 648-8841
        Facsimile: (407) 648-2665