[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

Dated: September 28, 2016

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 6:16−bk−02047−CCJ
                                                                       Chapter 13
Zorna Simone Corbin


_____Debtor*_____/

### ORDER STRIKING AMENDMENT TO SCHEDULES

THIS CASE came on for consideration, without hearing, of the Amendment to Schedules ("Amendment") filed September 27, 2016 , Doc. No. 28 . The Amendment is deficient as follows:

A copy of the most recent Chapter 13 Plan was not served on the additional creditors pursuant to Local Rule 1009−1(e).

A copy of the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines was not served on the additional creditors pursuant to Local Rule 1009−1(e).

The Amendment does not contain an appropriate unsworn declaration with signature of the debtor in compliance with Fed. R. Bankr. P. 1008.

The filing fee prescribed by 28 U.S.C. § 1930(b) has not been paid.

The Amendment is not limited to only new or deleted information pursuant to Local Rule 1009−1(b).

Accordingly, it is **ORDERED:**

The Amendment to Schedules is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.