[Dodrclm] [District Order Directing Response to Objection to Claim]

ORDERED.

**Dated: September 28, 2016**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:16–bk–02047–CCJ
 Chapter 13

Zorna Simone Corbin

_____Debtor*_____/

### ORDER DIRECTING RESPONSE TO OBJECTION TO CLAIM

THIS CASE came on for consideration, without hearing, of the Objection to Claims ("Objection") filed by the Debtor on September 27, 2016 , Doc. No. 29 . The Objection is a contested matter governed by Fed. R. Bankr. P. 9014. Accordingly, it is

**ORDERED:**

The Claimant may file a written response to the Objection within thirty (30) days from the date of this order. If no timely response is filed, the Court may without further hearing sustain the Objection, disallowing the claim, or overrule the Objection, allowing the claim as scheduled or filed.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.