**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF FLORIDA
*Orlando Division*

**FILED**

OCT 12 2016

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

ZORNA SIMONE CORBIN;
*Debtor / Petitioner*

Case No. **6:16-BK-02047-CCJ**
Chapter: 13

_____/

### ZORNA SIMONE CORBIN'S OBJECTION TO CLAIM / OBJECTION TO PROOF OF CLAIM OF CLAIMANT: WELLS FARGO BANK, N.A. (CLAIM # 4-1 [8121 MEADOWGLEN DRIVE, ORLANDO 32810])

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002 - 4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 W. Washington St/. Suite 5100, Orlando, FL 32801 and serve a copy on the movant:

**Debtor – Zorna Simone Corbin, 8121 Meadowglen Drive, Orlando, Florida 32810**

and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

COMES NOW, ZORNA SIMONE CORBIN, (hereinafter "CORBIN" or "Debtor / Petitioner"), without an attorney, and states as follows:

1. The Debtor / Petitioner commenced this action by the filing of a Chapter 13 petition on 3/29/2016.

2. Debtor / Petitioner is the owner of real estate located at <u>8121 MEADOWGLEN DRIVE, ORLANDO, FLORIDA 32810.</u>

3. **WELLS FARGO BANK, N.A., (hereafter "WELLS FARGO BANK")** filed a purported proof of claim **(CLAIM # 4-1 <u>[8121 MEADOWGLEN DRIVE, ORLANDO, FLORIDA, 32810]</u>**

4. Debtor / Petitioner timely objected to the proof of claim filed by **WELLS FARGO BANK**. The purported claim does not include a dispositive notice.

5. The Proof of Claim fails to sufficiently set forth any documentation demonstrating that the filer of the claim is the holder of a secured claim on Debtor / Petitioner's property or that it's Lien, if any, has been perfected.

6. Debtor / Petitioner objects to the pertinent Proof of Claim, *inter alia*, for the following reasons:

    a. On or about 12/10/2008, Plaintiff sent her Notice of Rescission according to the Truth in Lending Act (TILA).

        i. WORLD SAVINGS failed to respond to Debtor / Petitioner's Notice of Rescission.

        ii. As a result of WORLD SAVINGS failure to respond within twenty (20) days of the mailing of the notice, Debtor / Petitioner's title became unencumbered by mortgage, in favor of Debtor.

        iii. WELLS FARGO BANK is fraudulently enforcing a non-existing debt obligation in which they can have no pecuniary, equitable or legal interest.

    b. Public records of Orange County indicate the purported mortgage lien has been satisfied and released.

        i. There was no writing filed with the Proof of Claim demonstrating WELLS FARGO BANK's interest on the property securing such claim. No assignment was made without a transfer of the note and the alleged note does not contain a transfer.

        ii. WELLS FARGO BANK does not allege that it owns or hold a Note or that it is in possession of the Original Note.

iii. The security interest in the property and the evidence that such security interest has been perfected was not provided with the Proof of Claim, in violation of B.R. 3001(d).

iv. If the filer of the Proof of Claim alleges that it has been assigned or transferred such interest, then the proof of the assignment or transfer must be filed pursuant to B.R. 3001(e)(1). WELLS FARGO BANK relies on multiple conflicting documents in an attempt to establish its claim. First, it attached a purported copy of a note that does not name it as the payee and bears no specific or in blank enforcements. WELLS FARGO BANK does not attach an assignment of a note.

v. WELLS FARGO BANK attached several conflicting documents as to the purported amount of claim. In the Proof of claim, it claims to be owed interest in a variable amount. It refers to attachment but no attachment is included showing the interest calculation. A sheet titled "Interest Breakdown" reflects Principle and interest amounts, and not interest only.

vi. The purported account name on the documents professed to be financial records of WELLS FARGO BANK do not show WELLS FARGO BANK as the creditor. NO power of attorney is attached.

vii. WELLS FARGO BANK has not filed a sufficient proof of claim in this case, within the required time allowed, and is therefore barred from asserting a claim, or objecting to the Plan.

viii. CORBIN disputes that she executed a Note and Mortgage with the terms and conditions therein.

ix. CORBIN disputes that she defaulted under the attached Note and Mortgage since said note and mortgage had been extinguished.

x. To add to the confusion, WELLS FARGO BANK claims, in this case, that it is a "judgment creditor" based on the same Note and Mortgage. If the there is a judgment, then the judgment should be attached.

xi. CORBIN does not claim that these reported amounts are legitimate debts for the main reason that Debtor / Petitioner did not receive a loan from these entities, and because the recorded Mortgage has been released.

WHEREFORE, for all the reasons set forth above, it is respectfully requested that CORBIN's Objection to the Proof of Claim of WELLS FARGO BANK (CLAIM # 4-1 [<u>8121 MEADOWGLEN DRIVE, ORLANDO, FLORIDA 32810</u>] be sustained.

Dated: October 12, 2016

*Respectfully submitted,*

_____
ZORNA SIMONE CORBIN

## CERTIFICATE OF SERVICE

I, the undersigned, herby certify that a true and correct copy of the foregoing instrument has been furnished by U.S. Mail to the parties on the service list below on this date October 12, 2016.

*[signature]*
ZORNA SIMONE CORBIN

**SERVICE LIST**:

**Laurie K. Weatherford**, *Trustee*
Post Office Box 3450
Winter Park, FL 32790

**UNITED STATES TRUSTEE**
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

**Matthew M Holtsinger**
Kass Shuler PA
PO Box 800
Tampa, FL 33601
813-229-0900 Ext 1465