## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

**ZORNA SIMONE CORBIN**           **CASE NO.: 6:16-BK-02047-CCJ**
                                                **CHAPTER**: 13

         **Debtor.**
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for Wells Fargo Bank, N.A., and hereby enters its *Notice of Appearance* in the above-styled action.  In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address:  8121 Meadowglen Drive Orlando, Florida 32810

- Last Four Digits of Loan Number: 0934

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

                                         /s/Scott C. Lewis, Esq.
                                   Scott C. Lewis, Esq.
                                   FBN 112064
                                   813-221-4743 ext. 2603

                                   **Albertelli Law**
                                   **Attorney for Secured Creditor**
                                   PO Box 23028
                                   Tampa, FL 33623
                                   Facsimile: (813) 221-9171
                                   bkfl@albertellilaw.com

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on this 16th Day of October, 2016, I served a copy of the foregoing upon:

**<u>SERVICE LIST</u>**

Zorna Simone Corbin
8121 Meadowglen Drive
Orlando, FL 32810

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - JAX 13/7, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

/s/Scott C. Lewis, Esq.

Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
