**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 6:16-bk-02047-CCJ |
| **ZORNA SIMONE CORBIN** | CHAPTER: 13 |
| Debtor(s) | |
| _____/ | |

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM/OBJECTION TO PROOF OF CLAIM OF CLAIMANT: WELLS FARGO BANK, N.A. (CLAIM # 4-1)**

COMES NOW, **Wells Fargo Bank, N.A.** ("Creditor"), by and through the undersigned counsel, hereby files this *Response to Debtors' Objection to Claim No. 4-1* (the "Response"); and in support, respectfully alleges the following:

1. Creditor is mortgagee for a loan on property owned by Debtors, located at 8121 Meadowglen Dr, Orlando, Florida 32810-2437.

2. Creditor affirms a timely Proof of Claim [Claim 4-1] was filed on June 15, 2016 in the total debt amount of $130,556.34.

3. On October 12, 2016 the Debtor filed their Objection to Claim(s) No. 4-1 (D.E. 35) (the "Objection") and in such *Objection*, Debtor's basis for objection is that, *inter alia*, Creditor failed to provide any supporting documentation that would confirm them as the holder of the Secured Claim. In addition, debtor states that the public records indicate that the lien has been satisfied and released. Therefore, Creditor is *"fraudulently enforcing a non-existing debt obligation in which they can have no pecuniary, equitable or legal interest."*

4. Because Claim 4-1 is *prima facie* evidence of the Debt as of the date of the Bankruptcy Petition, and the Debtor presents no evidence to rebut the *prima facie* effect of Claim 4-1, the original loan terms remain in effect.

5. Creditor reserves the right to supplement and/or amend this *Response* in the future.

*(This space has intentionally been left blank)*

WHEREFORE, **Wells Fargo Bank, N.A.,** respectfully requests that this Court enter an Order Denying Debtors' Objection to Claim(s) 4-1, and awarding any and all other relief that this Court deems just and appropriate.

        Scott C. Lewis, Esq.
        **Albertelli Law**
        Attorney for Secured Creditor
        PO Box 23028
        Tampa, FL 33623
        Telephone: (813) 221-4743
        Facsimile: (813) 221-9171

        <u>By:</u> */s/ Scott C. Lewis, Esq.*
        Scott C. Lewis
        Florida Bar No: 112064

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 24th day of October, 2016, I served a copy of the foregoing upon:

**SERVICE LIST**
Zorna Simone Corbin
8121 Meadowglen Drive
Orlando, FL 32810

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

                                                Scott C. Lewis, Esq.
                                                **Albertelli Law**
                                                Attorney for Secured Creditor
                                                PO Box 23028
                                                Tampa, FL 33623
                                                Telephone: (813) 221-4743
                                                Facsimile: (813) 221-9171

                                                By: */s/ Scott C. Lewis, Esq.*
                                                Scott C. Lewis
                                                Florida Bar No: 112064