**FILED**

**JAN 31 2017**

**Clerk, U.S. Bankruptcy,
Orlando Division**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

ZORNA SIMONE CORBIN                    Case No. 6:16-bk-02047-CCJ

Chapter 13

Debtor
_____/

# MOTION TO RESCHEDULE HEARING SET FOR FEBRUARY 14, 2017

Zorna Simone Corbin, (Petitioner) moves this Court to reschedule the hearing set for February 14, 2017 at 10:30 AM, and in support of this motion, states:

1. Petitioner filed for Chapter 13 Bankruptcy on 3/29/2016.

2. On 11/14/2016, Petitioner flew in from Michigan to attend a hearing set for 11/15/2016. [Dkt 38]

3. Petitioner was extremely sick and in abundance of caution not to infect the Courtroom with a possible commutable virus she caught on one of her flights, phoned Kass Shuler, PA on the afternoon of Petitioners arrival letting them know she was too sick to attend the hearing the next morning.

4. Petitioner notified the Court the next morning that she was too sick to attend the hearing.

5. On 11/23/2016, Petitioners Chapter 13 case was dismissed. [Dkt 42]

6. On 12/7/2016, Petitioner filed a Motion to reinstate her Chapter 13 Bankruptcy. [Dkt 43]

7. The Court set a hearing date for 2/14/2017 at 10:30 AM at Orlando, FL - Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. [Dkt 44]

8. Petitioner works full time as an Airline Stewardess with her home base in Detroit, Michigan.

9. Petitioner just received the work schedule for February from her Supervisor. (see Exhibit A)

10. On the hearing date set for 2/14/2017 Petitioner is scheduled to work.

11. Petitioner's days off are February 16, 17, 27, 28 and March 1, 2017.

12. Petitioner requests that the court reschedule the hearing for the afternoon of the 16th, anytime on the 17th, the afternoon of the 27th, or anytime on the 28th.

13. Petitioner reminds the court that she has to fly in from Detroit, Michigan her home base and barring any unforeseen grounding of flights due to fog or snowstorms will be in a court as scheduled.

**WHEREFORE**, Zorna Simone Corbin prays that the hearing be rescheduled and moves the Court to grant this motion and for such other relief as is just and proper.

Dated: January 31, 2017

Respectfully Submitted

*Zorna Corbin*
**Zorna Simone Corbin**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing,

## MOTION TO RESCHEDULE HEARING SET FOR FEBRUARY 14, 2017

have been furnished by regular U.S. Mail postage paid, to all parties listed this 31st day of January, 2017.

Laurie K Weatherford
PO Box 3450
Winter Park, FL 32790

**UNITED STATES TRUSTEE**
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Kass Shuler, PA
PO Box 800
Tampa, FL 33601
813-229-0900 Ext 1465

Zorna Simone Corbin

**SkedPlus+**

My Schedule    Open Time    Reserve Board    My Transactions    Reserve    Crew Pay    Credit History

054550 Simone Corbin    DTW CRJ FA    Blockholder    Sen: 2971

Jan | **February 2017** | Mar

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2<br>AWD M1510 CRJ<br>06:45 | 3 | 4 |
| 5<br><<<<br>17:14 | 6 | 7 | 8<br>AWD M1544 CRJ<br>07:47 | 9 | 10<br>17:15 | 11 |
| 12 | 13<br>AWD M1593 CRJ<br>09:34 | 14 | 15<br>14:38 | 16 | 17 | 18 |
| 19 | 20<br>AWD M1490 CRJ<br>11:17 | 21 | 22<br>19:14 | 23<br>AWD M1542 CRJ<br>07:45 | 24 | 25 |
| 26<br><<<<br>18:47 | 27 | 28 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

Block: 96:26 MTD: 0:00 YTD: 69:36    Credit: 93:53 MTD: 0:00 YTD: 84:57    TAFB: 380:00 MTD: 0:00