ORDERED.

Dated: July 17, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ZORNA SIMONE CORBIN,

    Debtor.            /

Chapter 13
Case No. 6:16-bk-02047-CCJ

ORDER GRANTING DEBTOR'S MOTION TO RESCHEDULE HEARING

This case came before the Court for consideration of the Motion by Debtor to Reschedule Hearing (Doc. No. 54; the "Motion"). After reviewing the pleadings, it is

ORDERED:

1. The Motion is granted.

2. All matters previously scheduled for hearing on July 18, 2017 at 10:00 a.m. are rescheduled for **October 10, 2017 at 10:00 a.m. in Orlando, Florida, Courtroom 6D, George C. Young United States Courthouse, 400 West Washington Street**.

Clerk's office to serve